WILLIAM PECK, Respondent, *v.* CHRISTOPHER WINNE et. al., Appellants.

(Submitted May 22, 1872; decided September term, 1872.)

THIS action was upon a promissory note.   Most of the questions raised were disposed of upon the facts of the case.

To show a consideration for the note, plaintiff proved various items of account and claims against defendant Van Voorhis, to settle which it was claimed the note was given.   Defendants gave evidence tending to show that some of these items had been paid by counter items of account.   Plaintiff for the purpose of extinguishing these counter items offered evidence of certain other claims against defendant Van Voorhis.   This was objected to, that no such claims were set up in the complaint, and as immaterial and incompetent.   The evidence was received.   *Held,* no error; that the evidence was competent for the purpose for which it was offered.

*Quincy Van Voorhis* for the appellants.

*William H. Smith* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.